```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 07730
    CHARLES B SCHNEIDER
    JOANNE C SCHNEIDER                              CHAPTER 13

                                                    JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-0025      SSN XXX-XX-4817


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/30/06 and confirmed on 10/03/06.

     2.  The case was dismissed after confirmation, 11/16/2007.

     3.  The Debtor paid a total of $   3238.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | .00 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 2892.11 | .00 | 30.47 |
| CAPITAL ONE BANK | UNSECURED | 2140.27 | .00 | 22.55 |
| B REAL LLC | UNSECURED | 4334.26 | .00 | 45.66 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1194.93 | .00 | 12.34 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1119.26 | .00 | 11.56 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2463.85 | .00 | 25.96 |
| SMC | UNSECURED | 2421.55 | .00 | 25.51 |
| MARSHALL FIELD | UNSECURED | NOT FILED | .00 | .00 |
| MORGAN STANLEY DEAN WITT | UNSECURED | 6071.87 | .00 | 63.97 |
| ROUNDUP FUNDING LLC | UNSECURED | 1694.12 | .00 | 17.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9755.68 | .00 | 102.77 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1043.67 | .00 | 10.77 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 990.17 | .00 | 10.22 |
| WILL COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| COLDWELL BANKER | SPECIAL CLASS | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1498.16 | .00 | 15.78 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WELLS FARGO FINANCIAL BA | UNSECURED | 1028.69 | .00 | 10.63 |
| TSYS DEBT MANAGEMENT | UNSECURED | 1725.67 | .00 | 18.18 |

```
         Summary of disbursements:
-----------------------------------------------------------------------------
                 SECURED     PRIORITY   UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED      .00        .00    40374.26         .00     40374.26
```

```
PRINCIPAL PAID                   .00        .00     424.22        .00     424.22
INTEREST PAID                    .00        .00        .00        .00        .00
TOTAL PAID                       .00        .00     424.22        .00     424.22
```

The Debtor's attorney, JOHN C DENT                    , was allowed $   3000.00
and was paid $    329.50  direct and $   2670.50  through the plan.

The Trustee received $    143.28 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/08/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE